# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| AMY BETTS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| STEPHEN BRETT ARMSTRONG, et al., | ) | 1:15CV613 |
| | ) | |
| Defendants. | ) | |
| | ) | |

**ORDER**

The Order and Recommendation of the United States Magistrate Judge ("Recommendation") was filed with the Court in accordance with 28 U.S.C. § 636(b) and, on October 22, 2015, was served on the parties in this action. [Docs. #4, 5.] Plaintiff Amy Betts timely objected to the Recommendation. [Doc. #6.]

The Court has appropriately reviewed the portions of the Recommendation to which objection was made and has made a de novo determination in accord with the Recommendation. Therefore, the Court adopts the Magistrate Judge's Recommendation.[1]

---

[1] On March 27, 2016, Ms. Betts filed a document entitled "Brief W/ Continuing and/or New Details." [Doc. #7.] Even if this document and its associated exhibits were properly before the Court, nothing in the materials changes the Court's conclusion that it lacks jurisdiction over the subject matter of this case.

**IT IS THEREFORE ORDERED** that this action is dismissed without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B) and Rule 12(h)(3) of the Federal Rules of Civil Procedure for lack of subject matter jurisdiction. A judgment dismissing this action will be entered contemporaneously with this Order.

This the 27th day of April, 2016.

/s/ N. Carlton Tilley, Jr.
Senior United States District Judge

2

Case 1:15-cv-00613-NCT-JLW   Document 8   Filed 04/27/16   Page 2 of 2